Richard K. Kaplan (13480)
Brenden P. Hoffman (18209)
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
         brendenhoffman@yahlaw.com
*Attorneys for Defendant Mario Ferreira*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT INC. *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ANNEX, LLC, d/b/a HELM HOME *et al*,<br><br>Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-CV-00633-HCN-JCB |

Please take notice that Richard K. Kaplan and Brenden P. Hoffman of YOUNG HOFFMAN, LLC, enter their appearance as counsel for Defendant Mario Ferreira. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the following:

   Richard A. Kaplan
   rkaplan@yahlaw.com
   Brenden P. Hoffman
   brendenhoffman@yahlaw.com
   YOUNG HOFFMAN, LLC
   175 South Main Street, Suite 850
   Salt Lake City, UT 84111

Dated this 19th day of September, 2023.

                                                YOUNG HOFFMAN, LLC

                                                */s/ Richard A. Kaplan*
                                                Richard A. Kaplan
                                                Brenden P. Hoffman
                                                *Attorneys for Defendant Marrio Ferreira*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of September, 2023, I caused a true copy of the foregoing **Notice of Appearance of Counsel** to be served upon all of the parties' counsel via the court's electronic filing system.

*/s/ Echo Peterson*
Echo Peterson
