Larry R. Laycock (4743)
larry.laycock@dentons.com
David W. Tufts (8736)
david.tufts@dentons.com
Madeline A. Hock (16770)
madeline.hock@dentons.com
Landon T. Laycock (17259)
landon.laycock@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

*Attorneys for Defendant The Annex, LLC d/b/a Helm Home*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT INC. *et al*,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE ANNEX, LLC, d/b/a HELM HOME *et al*,.<br><br>    Defendants. | **STIPULATED MOTION SETTING DEADLINE FOR DEFENDANT HELM HOME'S RESPONSE TO THE COMPLAINT**<br><br>Civil No. 2:23-CV-00633-HCN-JCB<br><br>Judge Howard C. Nielson, Jr. |

Defendant The Annex, LLC d/b/a Helm Home ("Helm Home") by and through its undersigned counsel, and Plaintiffs Barclay Butera Development, Inc., Barclay Butera, Inc., and Barclay Butera (collectively "Barclay") by and through their counsel, hereby stipulate and move

1

the Court for an order setting the time for Helm Home to serve its response to Barclay's Complaint to October 13, 2023.

Good cause exists for this stipulated deadline. The current deadline has not passed. Given the Central District of California's September 14, 2023 Order Granting in Part and Denying in Part Defendants' Motions to Dismiss Plaintiffs' Complaint for Lack of Personal Jurisdiction [Dkts. 21, 23] and Transferring Action to the United States District Court for the District of Utah (Dkt. 30), it is difficult to calculate the deadline by which Helm Home must serve its response to Barclay's Complaint. Accordingly, the parties request that the Court grant the stipulated motion setting a deadline of October 13, 2023 for Helm Home to serve its response to Barclay's Complaint, and request that this Court enter the proposed order submitted herewith.

DATED: September 26, 2023.

**DENTONS DURHAM JONES PINEGAR, P.C.**

*/s/* Madeline A. Hock
Larry R. Laycock
David W. Tufts
Madeline A. Hock
Landon T. Laycock
*Attorneys for Defendant The Annex, LLC d/b/a Helm Home*

**VETHAN LAW FIRM, PC**

/s/ Joseph Lanza*
Charles M.R. Vethan
Joseph Lanza
*Attorneys for Plaintiffs*
*\* Signature electronically affixed with written permission*

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023 the foregoing was filed with the Court and served upon all counsel of record via the court's electronic filing system.

　/s/ Angie Stettler

3

UC_6434894.1