Larry R. Laycock (4743)
larry.laycock@dentons.com
David W. Tufts (8736)
david.tufts@dentons.com
Madeline A. Hock (16770)
madeline.hock@dentons.com
Landon T. Laycock (17259)
landon.laycock@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

*Attorneys for Defendant The Annex, LLC d/b/a Helm Home*

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT INC. *et al*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE ANNEX, LLC, d/b/a HELM HOME *et al*,.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION SETTING DEADLINE FOR DEFENDANT HELM HOME'S RESPONSE TO THE COMPLAINT**<br><br>Civil No. 2:23-CV-00633-HCN-JCB<br><br>Judge Howard C. Nielson, Jr. |

Based on the Stipulated Motion Setting Deadline for Defendant Helm Home's Response to the Complaint, in which the parties stipulated to and moved the Court to set a deadline of October 13, 2023 for Defendant The Annex, LLC d/b/a Helm Home ("Helm Home") to serve its response to Plaintiffs' Complaint, and for good cause appearing, the Court hereby ORDERS that

the stipulated motion is granted and that Helm Home shall have until and included October 13, 2023 to file its response to Plaintiffs' Complaint.

DATED this _____ day of September 2023.

BY THE COURT:

_____

Judge Howard C. Nielson, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023 the foregoing was filed with the Court and served upon all counsel of record via the court's electronic filing system.

 /s/ Angie Stettler