THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **BARCLAY BUTERA DEVELOPMENT INC.** *et al.*,<br><br>　　　　　　　　　**Plaintiffs,**<br><br>v.<br><br>**THE ANNEX, LLC, d/b/a HELM HOME** *et al.*,<br><br>　　　　　　　　　**Defendants.** | **ORDER GRANTING STIPULATED MOTION SETTING DEADLINE FOR DEFENDANT HELM HOME'S RESPONSE TO THE COMPLAINT**<br><br><br>Case No. 2:23-cv-00633-HCN-JCB<br><br>Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Before the court is the parties' Stipulated Motion Setting Deadline for Defendant Helm Home's Response to the Complaint (ECF No. 38) in which the parties stipulated to and moved the Court to set a deadline of October 13, 2023 for Defendant The Annex, LLC d/b/a Helm Home ("Helm Home") to serve its response to Plaintiffs' Complaint. Based upon the parties' stipulation, and for good cause appearing, the Court hereby GRANTS the Motion. Helm Home shall have up and until October 13, 2023 to file its response to Plaintiffs' Complaint.

　　IT IS SO ORDERED.

　　DATED this 27th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JARED C. BENNETT
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge