## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT INC. *et al*,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC, d/b/a HELM HOME *et al*,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION SETTING DEADLINE FOR DEFENDANT MARIO FERREIRA's RESPONSE TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00633-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

Based on the Stipulated Motion Setting Deadline for Defendant Mario Ferreira's Response to the Complaint, in which the parties stipulated to and moved the Court to set a deadline of October 5, 2023 for Defendant Mario Ferreira ("Ferreira") to serve its response to Plaintiffs' Complaint (ECF No. 40), and for good cause appearing, the Court hereby ORDERS that the stipulated motion is GRANTED. Ferreira shall have until and including October 5, 2023, to file its response to Plaintiffs' Complaint.

Dated this 28th day of September 2023.

BY THE COURT:

_____

JARED C. BENNETT
United States Magistrate Judge