Larry R. Laycock (4743)
larry.laycock@dentons.com
David B. Nielson (16531)
david.nielson@dentons.com
Madeline A. Hock (16770)
madeline.hock@dentons.com
Landon T. Laycock (17259)
landon.laycock@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

*Attorneys for Defendant The Annex, LLC d/b/a Helm Home*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT INC. *et al*,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE ANNEX, LLC, d/b/a HELM HOME *et al*,.<br><br>      Defendants. | **REQUEST TO SUBMIT FOR DECISION DEFENDANT HELM HOME'S MOTION TO DISMISS**<br><br>Civil No. 2:23-CV-00633-HCN-JCB<br><br>Judge Howard C. Nielson, Jr. |

Defendant The Annex, LLC d/b/a Helm Home ("Helm Home"), by and through its undersigned counsel, hereby requests to submit for decision its Motion to Dismiss.

Helm Home's Motion to Dismiss was filed on October 13, 2023. Plaintiffs' Memorandum in Opposition to the Motion to Dismiss was filed on November 10, 2023. Helm Home's Reply Memorandum in Support of its Motion to Dismiss was filed on November 22, 2023.

Helm Home requests a hearing on the Motion to Dismiss.

DATED: January 11, 2024.

                                          **DENTONS DURHAM JONES PINEGAR, P.C.**

                                          */s/ Madeline A. Hock*
                                          Larry R. Laycock
                                          David B. Nielson
                                          Madeline A. Hock
                                          Landon T. Laycock
                                          *Attorneys for Defendant The Annex, LLC d/b/a Helm Home*

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024 the foregoing was filed with the Court and served upon all counsel of record via email and/or via the court's electronic filing system.

Charles M.R. Vethan
Joseph Lanza
cvethan@vethanlaw.com
jlanza@vethanlaw.com
edocs@vethanlaw.com
VETHAN LAW FIRM, P.C.
Two Memorial City Plaza
820 Gessner, Suite 1510
Houston TX 77024
*Attorneys for Barclay Butera Development, Inc.; and Barclay Butera*

Richard A. Kaplan
Brenden P. Hoffman
rkaplan@yahlaw.com
brendenhoffman@yahlaw.com
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
*Attorneys for Mario Ferreira*

                                                  /s/ *Madeline A. Hock*