CHARLES MR. R. VETHAN (SBN 300098)
VETHAN LAW FIRM, P.C.
820 Gessner Road, Suite 1510
Houston, Texas 77024
Telephone: 714-267-1272
Email: cvethan@vethanlaw.com;
edocs@vethanlaw.com
Attorney for Plaintiffs Barclay Butera Development, Inc., Barclay Butera, Inc., and Barclay Butera

Richard A. Kaplan (13480)
Brenden P. Hoffman (18209)
YOUNG HOFFMAN, LLC
175 South Main Street, Suite 850
Salt Lake City, UT 84111
Telephone: 801-359-1900
Email: rkaplan@yahlaw.com
           brendenhoffman@yahlaw.com
*Attorneys for Mario Ferreira*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC.; and BARCLAY BUTERA,, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ANNEX, LLC, d/b/a Helm Home; and MARIO FERREIRA, <br><br> Defendants. | MOTION BY PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND DEFENDANT/COUNTERCLAIMANT MARIO FERREIRA TO DISMISS WITH PREJUDICE ALL CLAIMS BROUGHT BY OR AGAINST EITHER OF THEM WITH PREJUDICE <br><br> Civil No. 2:23-CV-00633-HCN-JCB <br><br> Judge Howard C. Nielson, Jr. |

Pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, Plaintiffs-Counterclaim Defendants Barclay Butera Development, Inc. and Barclay Butera, and Defendant/Counterclaimant Mario Ferreira, by and through their respective counsel of record, having

resolved all issues and disputes between them, move the Court for an Order dismissing all of Plaintiffs'/Counterclaim Defendants' claims against Ferreira and all of Defendant/Counterclaimant Ferreira's counterclaims against Plaintiffs/Counterclaim Defendants, with prejudice and on the merits, each party to bear their respective attorneys' fees and costs. This motion does not dismiss any claims Plaintiffs have against Defendant The Annex, LLC d/b/a Helm Home.

Dated this 6th day of May, 2024.

    /s/ Richard A. Kaplan
Richard A. Kaplan
YOUNG HOFFMAN, LLC
*Attorneys for Mario Ferreira*

Dated this 6th day of May, 2024.

    /s/ Joseph L. Lanza
Charles M.R. Vethan
Joseph Lanza
VETHAN LAW FIRM, P.C.
*Attorneys for Barclay Butera Development, Inc.; Barclay Butera, Inc., and Barclay Butera*

# CERTIFICATE OF SERVICE

I certify that on this 6th day of May, 2024, I caused a true copy of the foregoing **Motion to Dismiss with Prejudice All Claims Brought By Or Against either of Them with Prejudice** to be served via the court's electronic filing system upon the following:

| | |
|---|---|
| Richard A. Kaplan (13480)<br>Brenden P. Hoffman (18209)<br>YOUNG HOFFMAN, LLC<br>175 South Main Street, Suite 850<br>Salt Lake City, UT 84111<br>Telephone: 801-359-1900<br>Email: rkaplan@yahlaw.com<br>        brendenhoffman@yahlaw.com<br>*Attorneys for Mario Ferreira* | Madeline Aller Hock<br>David W. Tufts<br>madeline.aller@dentons.com<br>david.tufts@dentons.com<br>Dentons Durham Jones & Pinegar, PC<br>111 South Main Street, Suite 2400<br>Post Office Box 4050<br>Salt Lake City, UT 84110-4050<br>*Attorneys for The Annex, LLC, dba Helm Home* |

/s/ *Joseph Lanza*
    Joseph Lanza