IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually, | § § § § § § | |
| Plaintiff, | § § § | |
| | § § | Civil Action No. 2:23-CV-00633-HCN-JCB |
| vs. | § § § § § § | |
| THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA, | § § § § § | Judge: Honorable Howard C. Nielson, Jr. |
| Defendants | § | |

**ORDER GRANTING MOTION BY PLAINTIFFS/COUNTERCLAIM DEFENDANTS AND DEFENDANT/COUNTERCLAIMANT MARIO FERREIRA TO DISMISS WITH PREJUDICE ALL CLAIMS BROUGHT BY OR AGAINST EITHER OF THEM WITH PREJUDICE**

---

Having considered the Motion brought by Plaintiffs/Counterclaim Defendants Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, individually and by Defendant//Counterclaimant Mario Ferreira ("Ferreira") to Dismiss with Prejudice All Claims Brought By Or Against either of them, pursuant to Fed. R. Civ. P. 41(a)(2), the Court:

GRANTS the motion and dismisses Plaintiffs/Counterclaim Defendants Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera's have made against Defendant Mario Ferreira with prejudice, and further dismisses all claims Defendant/Counterclaimant Mario Ferreira has against Plaintiffs/Counter-Defendants Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, with prejudice.

This Order of Partial Dismissal does not affect nor dismiss Plaintiffs' claims against Defendant The Annex, LLC d/b/a Helm Home.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING