CHARLES MR. R. VETHAN (SBN 300098)

VETHAN LAW FIRM, P.C.

1300 McGowen

Houston, Texas 77004

Telephone: 714-267-1272

Email: cvethan@vethanlaw.com; edocs@vethanlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA, <br><br> Defendants | § § § § § § § § § § § § § § § § § § § § § | **UNOPPOSED MOTION FOR DISMISSAL** <br><br><br><br><br> Civil Action No. 2:23-CV-00633-HCN-JCB <br><br><br><br><br> Judge: Honorable Howard C. Nielson, Jr. |

**TO THE COURT AND ALL PARTIES IN INTEREST:**

COMES NOW Plaintiff Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, individually (hereinafter "Plaintiffs") and who files this Unopposed Motion to Dismiss with Prejudice.

1. Plaintiffs are Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, individually.

2. Defendant is The Annex, LLC d/b/a Helm Home.

3. <u>Reasons For Dismissal</u>. Plaintiffs' and Defendant The Annex, LLC d/b/a Helm Home have reached a settlement and compromise of all claims Plaintiffs have asserted in this lawsuit.

4. This case is not a class action under FED. R. CIV. P. 23, a derivative action under FED. R. CIV. P. 23.1, or an action related to an unincorporated association under FED. R. CIV. P. 23.2.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. No party hereto is an infant or incompetent.

8. This dismissal is with prejudice to refile.

9. Accordingly, Plaintiffs voluntarily dismiss all claims against The Annex, LLC d/b/a Helm Home, with prejudice to refile, and request this Honorable Court to sign the attached order of dismissal. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

**Dated: October 7, 2024,**

**The Vethan Law Firm, PC**

By: /s/ *Charles M.R. Vethan*

Charles M.R. Vethan
*Attorney for Plaintiff*
*Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera*

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certify that a conference was held with Defendant The Annex, LLC d/b/a Helm Home, regarding Plaintiffs' settlement and dismissal. The parties are in agreement and settlement documents have been executed.

/s/ Joseph L. Lanza
Joseph L. Lanza

# CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct of copy of this instrument was served on all parties, represented through counsel or *pro se*, through ECF, email and/or Certified Mail, pursuant to the Federal Rules of Civil Procedure, on October 7, 2024, as follows:

Trevor J. Lee (Bar No. 301107)
Email: trevor@hlhparkcity.com
**HOGGAN LEE HUTCHINSON**
1225 Deer Valley Drive, Suite 201
Park City, Utah 84060
Salt Lake City, UT 84111
Telephone: (435) 615-2264

Richard A. Kaplan (Pro Hac Vice Forthcoming)
Email: rkaplan@yahlaw.com
**YOUNG HOFFMAN, LLC**
175 South Main Street, Suite 850
Salt Lake City, UT 84101
Telephone: 801-359-1900

*Counsel for Defendant Mario Ferreira*

David W. Tufts, Bar No. 180817
Dentons Durham Jones Pinegar, P.C.
111 So. Main St., Suite 2400
Salt Lake City, Utah 84111
Tel: (801) 415-3000
david.tufts@dentons.com

*Attorneys for Defendant*
*THE ANNEX, LLC d/b/a HELM HOME*

By: /s/ *Joseph L. Lanza*
Joseph L. Lanza