IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> THE ANNEX, LLC. d/b/a HELM HOME and MARIO FERREIRA, <br><br> Defendants | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:23-CV-00633-HCN-JCB <br><br><br><br><br> Judge: Honorable Howard C. Nielson, Jr. |

**ORDER GRANTING MOTION BY PLAINTIFFS TO DISMISS WITH PREJUDICE ALL CLAIMS WITH PREJUDICE**

After considering Plaintiff Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera, individually (hereinafter "Plaintiffs") Motion to Dismiss with Prejudice All Claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), of all claims Plaintiffs Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera have against Defendant The Annex, LLC d/b/a Helm Home, the Court:

GRANTS the motion and dismisses Plaintiffs Barclay Butera Development Inc., Barclay Butera, Inc., and Barclay Butera's claims against Defendant The Annex, LLC d/b/a Helm Home with prejudice to refile. No other claims remain pending.

SIGNED this _____ day of _____, 2024.

_____
JUDGE PRESIDING