AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California (Southern Division - Santa Ana) on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>8:23-CV-01139 | DATE FILED<br>6/21/2023 | U.S. DISTRICT COURT<br>Central District of California - Southern Division |
|---|---|---|
| PLAINTIFF<br>Barclay Butera Developement, INC., Barclay Butera, INC. and Barclay Butera individually | | DEFENDANT<br>The Annex, LLC d/b/a HELM HOME and Mario Ferreira |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,333,369 | 11/13/2007 | Barclay Butera |
| 2 | 5,457,884 | 5/1/2018 | Barcaly Butera Development, INC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☑ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,333,369 | 11/13/2007 | Barclay Butera |
| 2 | 5,457,884 | 5/1/2018 | Barclay Butera Development, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case settled. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Gary P. Serdar | Deborah Eyer | 10/8/2024 |

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**